AGNES E. KILLIAN, Appellant, *v.* KATHERINE E. HEINZERLING, as Administratrix of the Estate of JOHN SCHELLHASE, Deceased, Respondent.

*Killian* v. *Heinzerling*, 119 App. Div. 867, affirmed.
(Submitted December 17, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

April 23, 1907, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of an oral contract alleged to have been made by defendant's intestate with the plaintiff.

*Edward Miehling* for appellant.

*John E. Donnelly, William J. Amend* and *Alfred J. Amend* for respondent.

Judgment affirmed, with costs, without prejudice to any other action respecting the Metropolitan Street Railway bonds; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.